RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 22 2011

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

United States District Court
for the
Northern District of Georgia

TCB

Salins Acosta Weaver
    Plaintiff/Petitioner

Grady Health Systems Title II 4(c)(2)(A)

Civil Action No.

1 11-CV-0509

Medical Malpractice

(A.) Patient had(s) an surgery to chest/Stomach and Abdomen. Patient suffered gun shot (.45mm) and rush to Grady Memorial Hospital Emergency Room/Surgery Room. Surgeons operated on Pt. for 14+ hours and left foreign object inside Pt. head and chest.

(B.) Pt. states that he did not authorize Surgeons or any foreign object to be placed inside his body. Authorization was only given for operating on wounds and nothing else by signature of parent. Pt. doesn't have that signature as evidence; which investigator should request for Grady Health Systems.

(C.) MRI Examine request was requested 4 times or more by Pt., each time he visited Grady Health System Emergency Room.
Complaint was filed on 9/7/2010 in Administration Department.

Salins A. Weaver

(2.)

I. Legal principles
   (A.) Negligence
   (B.) Civil Wrong
   (C.) Injury

II. Georgia Code
   (A.) 9-3-90 statute of limitation
   (B.) 9-3-72 foreign objects
   (C.) 51-11-7 Plaintiff's action barred if ordinary care could have avoided the consequences
   (D.) 51-12-33 allocated several liability
   (E.) 51-2-5.1 Vendors, contractors @ health care facilities

III. Illustrative case law: <u>Jury Trial, Panel</u>
   (A.) Reibl v. Hughes (a leading decision involving consent which constituted battery).
   (B.) Stump v. Sparkman ~~(a leading decision involving that techniques intended to reduce the cost of providing health care)~~. (a leading decision that she was sterilized during surgery).
   (C.) Managed Care (a leading decision involving techniques intended to reduce the cost of providing health benefits and improved quality care).
   (D.) C.O. Simpkins (a leading decision involving his strong advocate for the best care possible).

*Salino A. Weaver*

*Salino A. Weaver*

### What if Someone Needs Help Online?

If you see someone online who is suicidal, there are several steps you can take to help this person:

- Give him or her a helpful resource – Send 1-800-273-TALK (8255) and our website www.suicidepreventionlifeline.org. Tell him/her we are available 24/7 for anyone in suicidal crisis in the United States
- Take his/her words seriously and respond with compassion
- Encourage him/her to reach out for help to a friend, family member, counselor, clergy and other community members
- If the person online is saying he/she is going to kill him or herself at that moment or is in the process of attempting suicide, please try to find his/her location and call the local police or 911.

### How To Be Helpful to Someone Who Is Threatening Suicide

- Be direct. Talk openly and matter-of-factly about suicide.
- Be willing to listen. Allow expressions of feelings. Accept the feelings.
- Be non-judgmental. Don't debate whether suicide is right or wrong, or whether feelings are good or bad. Don't lecture on the value of life.
- Get involved. Become available. Show interest and support.
- Don't dare him or her to do it.
- Don't act shocked. This will put distance between you.
- Don't be sworn to secrecy. Seek support.
- Offer hope that alternatives are available but do not offer glib reassurance.
- Take action. Remove means, such as guns or stockpiled pills.
- Get help from persons or agencies specializing in crisis intervention and suicide prevention.

### Be Aware of Feelings

Many people at some time in their lives think about suicide. Most decide to live because they eventually come to realize that the crisis is temporary and death is permanent. On the other hand, people having a crisis sometimes perceive their dilemma as inescapable and feel an utter loss of control. These are some of the feelings and thoughts they experience:

| | |
|---|---|
| • Can't stop the pain | • Can't make the sadness go away |
| • Can't think clearly | • Can't see a future without pain |
| • Can't make decisions | • Can't see themselves as worthwhile |
| • Can't see any way out | • Can't get someone's attention |
| • Can't sleep, eat or work | • Can't seem to get control |
| • Can't get out of depression | • Can't seem to get control |

# Autopsy Glossary of Terms

**The following are health and medical definitions of terms that appear in the <u>Autopsy article</u>.**

**Abdomen:** The belly, that part of the body that contains all of the structures between the chest and the pelvis. The abdomen is separated anatomically from the chest by the diaphragm, the powerful muscle spanning the body cavity below the lungs.
See the entire <u>definition of Abdomen</u>

**Abdominal:** Relating to the abdomen, the belly, that part of the body that contains all of the structures between the chest and the pelvis. The abdomen is separated anatomically from the chest by the diaphragm, the powerful muscle spanning the body cavity below the lungs.
See the entire <u>definition of Abdominal</u>

**Abdominal aorta:** The abdominal aorta is the final section of the aorta, the largest artery in the body. It is a continuation of the thoracic aorta. It begins at the diaphragm, and runs down to the point where it ends (by splitting in two to form the common iliac arteries).
See the entire <u>definition of Abdominal aorta</u>

**Abdominal cavity:** The cavity within the abdomen, the space between the abdominal wall and the spine.
See the entire <u>definition of Abdominal cavity</u>

# MRI (Magnetic Resonance Imaging Scan) Glossary of Terms

**The following are health and medical definitions of terms that appear in the <u>MRI (Magnetic Resonance Imaging Scan) article</u>.**

**Abdomen:** The belly, that part of the body that contains all of the structures between the chest and the pelvis. The abdomen is separated anatomically from the chest by the diaphragm, the powerful muscle spanning the body cavity below the lungs.
**Brain:** That part of the <u>central nervous system</u> that is located within the <u>cranium</u> (<u>skull</u>). The brain functions as the primary receiver, organizer and distributor of information for the body. It has two (right and left) halves called "hemispheres."

See the entire <u>definition of Abdomen</u>

*[signature: Salim A. Weaver]*

## Part 1: What is The Biochip Technology?

**What is a biochip implant?**

The current, *in use*, biochip implant system is actually a fairly simple device. Today's, biochip implant is basically a small (micro) computer chip, inserted under the skin, for identification purposes. The biochip implant system consists of two components; a transponder and a reader or scanner. The transponder is the actual biochip implant. The biochip system is a radio frequency identification (RFID) system, using low-frequency radio signals to communicate between the biochip and reader. The reading range or activation range, between reader and biochip is small, normally between 2 and 12 inches.

Note, we are only examining the implanted "biochips", there are many other RFID microchip systems available.

**The transponder:** The transponder is the actual biochip implant. It is a *passive* transponder, meaning it contains no battery or energy of it's own. In comparison, an *active* transponder would provide it's own energy source, normally a small battery. Because the *passive* biochip contains no battery, or nothing to wear out, it has a very long life, up to 99 years, and no maintenance. Being *passive*, it's inactive until the reader activates it by sending it a low-power electrical charge. The reader "reads" or "scans" the implanted biochip and receives back data (in this case an identification number) from the biochip. The communication between biochip and reader is via low-frequency radio waves.

The biochip-transponder consists of four parts; computer microchip, antenna coil, capacitor and the glass capsule.



**Computer Microchip:** The microchip stores a unique identification number from 10 to 15 digits long. The storage capacity of the current microchips is limited, capable of storing only a single ID number. AVID (American Veterinary Identification Devices), claims their chips, using a nnn-nnn-nnn format, has the capability of over 70 trillion unique numbers. The unique ID number is "etched" or encoded via a laser onto the surface of the microchip before assembly. Once the number is encoded it is impossible to alter. The microchip also contains the electronic circuitry necessary to transmit the ID number to the "reader".

**Antenna Coil:** This is normally a simple, coil of copper wire around a ferrite or iron core. This tiny, primitive, radio antenna "receives and sends" signals from the reader or scanner.

**Tuning Capacitor:** The capacitor stores the small electrical charge (less than 1/1000 of a watt) sent by the reader or scanner, which activates the transponder. This "activation" allows the transponder to send back the ID number encoded in the computer chip. Because "radio waves"

are utilized to communicate between the transponder and reader, the capacitor is "tuned" to the same frequency as the reader.

**Glass Capsule:** The glass capsule "houses" the microchip, antenna coil and capacitor. It is a small capsule, the smallest measuring 11 mm in length and 2 mm in diameter, about the size of an uncooked grain of rice. The capsule is made of biocompatible material such as soda lime glass. After assembly, the capsule is hermetically (air-tight) sealed, so no bodily fluids can touch the electronics inside. Because the glass is very smooth and susceptible to movement, a material such as a polypropylene polymer sheath is attached to one end of the capsule. This sheath provides a compatible surface which the bodily tissue fibers bond or interconnect, resulting in a permanent placement of the biochip.


BIOCHIP AND SYRINGE

The biochip is inserted into the subject with a hypodermic syringe. Injection is safe and simple, comparable to common vaccines. Anesthesia is not required nor recommended. In dogs and cats, the biochip is usually injected behind the neck between the shoulder blades. Trovan, Ltd., markets an implant, featuring a patented "zip quill", which you simply press in, no syringe is needed. According to AVID "Once implanted, the identity tag is virtually impossible to retrieve. . . The number can never be altered."


THE READER or SCANNER

Notice the ID number in the LCD display.

**The reader:** The reader consists of an "exciter" coil which creates an electromagnetic field that, via radio signals, provides the necessary energy (less than 1/1000 of a watt) to "excite" or "activate" the implanted biochip. The reader also carries a receiving coil that receives the transmitted code or ID number sent back from the "activated" implanted biochip. This all takes place very fast, in milliseconds. The reader also contains the software and components to decode the received code and display the result in an LCD display. The reader can include a RS-232 port to attach a computer.

**How it works**
The reader generates a low-power, electromagnetic field, in this case via radio signals, which "activates" the implanted biochip. This "activation" enables the biochip to send the ID code back to the reader via radio signals. The reader amplifies the received code, converts it to digital format, decodes and displays the ID number on the reader's LCD display. The reader must

normally be between 2 and 12 inches near the biochip to communicate. The reader and biochip can communicate through most materials, except metal.

## Common Misconceptions About Biochip implants:

**With a biochip they can track you or your pet's location, anywhere in the world.**

**FALSE**. The current biochip and reader has a maximum range of 12 inches. Pet's are located by shelters, vets, etc. finding a lost pet and reading it's biochip. The technology does not exist to *globally* locate something as small as a biochip.

The World & I magazine writes:
Contrary to rumors at Stanford University that a microchip **implanted** in Chelsea Clinton's neck broadcasts her location to a satellite, **the device's current capabilities are much more primitive. In fact, the majority now in use can only transmit a single alpha-numeric identification number that is unique to the particular animal in which a microchip is implanted.** (Craig Dees, *Watching From Inside*. Vol. 13, The World & I, 02-01-1998, pp 150.)

**A biochip can store and *update* your financial, medical, demographic data, basically everything about you.**

The common scenario is: an implanted biochip can be scanned to pay for groceries, obtain medical procedures, conduct financial transactions.

**FALSE**. Currently, the *in use,* implanted biochips only store ONE 10 to 15 digit. Although the microchip can hold more data, and some microchips can be "updated", the technology to perform the above mentioned functions via today's small biochip does not exist. At best, the biochip could be scanned for your PIN (Person Identification Number) and a global centralized computer system could perform the functions against your number. But the obvious question is – in that case, for only identification purposes, why not use biometric identification technology such as "eye-scans", fingerprints, hand scans or voice ID's? They are more reliable and completely tamperproof.

**One major concern with a implanted biochip is theft.**

According to the "authorities" a chip implant would contain your financial world, medical history, health care — it would contain your "electronic life". If cash no longer existed and if the world's economy was totally chip oriented; — there would be a huge "black-market" for chips! Since there is no cash and no other bartering system, criminals would cut off hands and heads, stealing "rich-folks" chips. How would like to "borrow" Bill Gates chip for a few days?

Terry Waite, the Anglican Church envoy who spent five years as a hostage in Beirut, sounded a similar alarm concerning biochip implants:
"It is very dangerous because once kidnappers get to know about these things, **they will skin you alive to find them**," (New York Times, June 20, 1999)

## Part 2: Is the Biochip the Mark of the Beast?

According to the majority of today's "prophecy teachers" the biochip gets the vote as the infamous "Mark of the Beast". Here's just a sampling:

**Texe Marrs, Project L.U.C.I.D.:**
"Will the implantable biochip, linked in with L.U.C.I.D. worldwide control net, become the basis for the mysterious, but diabolical, Mark of the Beast? It seems possible, even likely, that this will prove to be the case." (Texe Marrs, Project L.U.C.I.D. p.113)

**Betty Lynn, Pathways to Armageddon:**
"The prince. . . will exclude everyone who does not have an approved cashless account. Because of the importance of that account to daily existence and to protect it from theft, account information will be bio-implanted, leaving a small mark on the hand or temple." (Betty Lynn, Pathways to Armageddon, p.47)

**Terry Cook, The Mark of the New World:**
"It is my well-researched opinion that the Mark of the Beast, as related in scripture, is *absolutely literal*. Soon, all people on earth will be coerced into accepting a Mark in their right hand or forehead. I am convinced that it will be an injectable passive RFID transponder with a computer chip — a *literal* injection with a *literal* electronic biochip "mark". . . I believe that such an implanted identification mark *literally* will become Satan's Mark of the Beast, as we will discuss further in this chapter." (Terry Cook, The Mark of the New World Order p. 587)

## Part 3: Are humans being biochipped?

**Are humans currently being "biochipped"?**

Many rumors are "making their rounds" claiming humans are being "chipped".

According to The Word & I, *rumors* at Stanford University claim, "that a microchip **implanted** in Chelsea Clinton's neck broadcasts her location to a satellite. . ." (Craig Dees, *Watching From Inside.* Vol. 13, The World & I, 02-01-1998, p. 150)

Of course, as we've already seen, and The World & I also points out, such biochip "location" technology does not exist.

And the Oklahoma "Baby Killer", Timothy McVeigh, claims the U.S. Army implanted a computer chip in his buttocks. (I bet some of the parents whose precious babies were murdered by "Monster McVeigh" would like to "biochip" a stick of dynamite in McVeigh's buttocks, and light the fuse. To "murder" and "mutilate" innocent little babies because he's mad at the government is a sick, wicked, perverted coward.)

Killer Colin Ferguson, (whose racial hatred murdered six people on a commuter train), in a press-conference, accused the CIA of implanting a computer chip in his brain.

16 year-old Kip Kinkel, who on May 1998 murdered his parents, two students and wounded 25 students, said he was just obeying the "voices" in his head. According to Orin Bolstad, a child psychologist who examined Kinkel, the "voices" commanded, "You have to kill him. Shoot him, My dad was sitting at the (breakfast) bar. The voices said, Shoot him. I had no choice. The voices said I had no choice." After he killed his mother, Kinkel said the "voices" told him to "Go to school and kill everybody."

**Bolstad said Kinkel believed the "voices" came from, "the devil, a satellite or a computer chip inserted in his head by the government."** (AP Wire, Nov. 04, 1999)

In 1995, a Buckingham Palace spokesman said that young Prince William, heir to the British Throne, had a microhip implanted somewhere in his anatomy to discourage would-be kidnappers. (Texe Marrs, Project L.U.C.I.D. p. 111)

According to Electronic Telegraph (Oct. 6, 1998), Italian dignitaries, who fear kidnapping are having biochips implanted in their bodies so authorities can locate them if kidnapped. Originally designed by Israeli spy-experts, Gen-Etics is launching the "Sky-Eye" chips in Milan, Italy. The *Times* of London, describes "Sky-Eye" as a low-power chip that utilizes electrical energy from the human body. Gen-Etics claims, 45 of the world's richest are carrying "Sky-Eyes". When asked the "64-million-dollar" question - What prevents the kidnappers from removing the chip? Gen-Etics says, they're working on a "sure-fire" solution. Already, the chip is inserted under an anesthetic and even the implantee doesn't know where it's located. Also, the chip is only 4 mm by 4 mm, making it hard to detect via x-rays.

Conspiracy Nation (Vol. 8, No. 97) allegedly, intercepted an "official", high-level, IBM document that reports pilot-testing implants in prisoners in Texas, Massachusetts, and California. The highly-classified IBM document reports prisoners were unknown "guinea pigs" of the biochip titled "20/20 Neural Chip".

Arizona Republic (July 20, 1989, p. B1) reports of private investigator Jack Dunlap's plan to microchip and track children. The system, titled KIDSCAN, would enable the authorities to locate

a missing child. Arizona Republic writes, "Each child whose parents signed up for KIDSACN would get a computer chip planted under the skin and an identification number." According to Dunbar, Pennsylvania investors were prepared to invest $600,000 and military-industrial powerhouse, Martin Marietta Energy Systems, Inc. was prepared to produce the chips. In the end, Martin Marietta backed out and Dunbar's KIDSCAN came to naught. As Parascope comments on Dunlaps' failed KIDSCAN, "The year was 1989. Perhaps the idea came before its time. But as the technology for such tracking systems continues to advance, more and more companies are eyeing the potentially lucrative human tracking market."

A very interesting and "enlightening" case recently popped up in a Worchester, Mass. court in June, 1999.

Reputed mobster, Vincent (Gigi Portalla) Marino took the Federal Drug Enforcement Administration (FDEA) to court claiming they "had secretly implanted a microchip tracking device in his body two and a half years ago during surgery to remove a bullet from his buttocks."

Here's the New York Times report on the "unusual" case:

"In an unusual case that unfolded in Worcester, Mass., last week, a reputed mobster by the name of Vincent (Gigi Portalla) Marino went to court to find out whether the Federal Drug Enforcement Administration had secretly implanted a microchip tracking device in his body two and a half years ago during surgery to remove a bullet from his buttocks.

**Prosecutors first argued that the Government was not required to confirm whether it had done such a thing,** but later, after a judge ordered them to respond, they said the drug agency had not implanted a microchip in Mr. Marino." (New York Times, June 20, 1999)

**What made Vincent Marino believe that the government had "biochipped" him?**

A FDEA agent told him! According to the New York Times report – ". . . Mr. Marino said a drug agent told him had been implanted by the Government." Marino is currently in prison, and requesting an MRI scan to check for a microchip.

Here's the "enlightening" — **and the "frightening" part**:

**"Intriguingly, the Federal Bureau of Investigation would not say whether it ever uses such tracking devices. 'This is going to fall into the no-comment category,**' said a bureau spokesman, Paul Bresson. 'It's discussing investigative techniques, and that's about akin to a journalist disclosing confidential sources. It's very sensitive.' (New York Times, June 20, 1999)

**But are humans *currently* being "biochipped"?**

As early as 1967, author Alan Westin was "warning" the possiblity of humans being "electronically tagged". In the "bible" of "Privacy and Freedom" Westin writes:
"As the microelectronic circuits and microminiature components now available in space work and laboratory experiments filter into general use, such tags will become available in much smaller sizes, increasing still further the possibilities for secreting them in an individual's clothing or his personal and professional accessories. Receiving or scanning units will also grow more powerful and smaller, making it easier for investigators to carry them in concealed form on their persons.

. . . Invisible magnetic-ink tattoos might be applied (for example, to babies at birth) to provide permanent identification of every individual; these might possibly be used also for locating a subject. **Existing microminiaturized transmitters the size of a pinhead might be coded with**

an identification number, enclosed in a permanent capsule, and implanted under the skin by a simple and painless surgical operation." (Privacy and Freedon, Alan F. Westin, 1967, pp. 85-86)

There is no question, biochips are "silently" inching into humans. For instance, at least 6 million medical devices, such as artificial body parts (prosthetic devices), breast implants, chin implants, etc., are implanted in people each year. And most of these medical devices are carrying a "surprize" guest — a biochip. In 1993, the Food and Drug Administration passed the Safe Medical Devices Registration Act of 1993, requiring all artificial body implants to have "implanted" identification — the biochip. So, the yearly, 6 million recipients of prosthetic devices and breast implants are "biochipped".

ADS (Applied Digital Solutions), a major player in internet e-commerce and America's 5th fastest growing technology company, recently acquired the patent rights to the "world's first human implantable digital device". The implantable device is named "Digital Angel". According to ADS, it is "the world's first digital device — implantable in humans — with applicatons in E-business to business security, health care and criminal justice. Inserted just under the skin, with maintenance-free regenerating power supply, miniature 'Digital Angel' has multi-billion dollar market potential." And according to the patent abstract, "**The device is small enough to be implanted in a child, facilitating use as a safeguard against kidnapping**"

- Applied Digital Solutions (ADS) Press Release
- Yahoo Business Wire Reporting on Digital Angel
- Detailed ADS Patent Specs - PDF Format
- U.S. Patent Info on ADS Device

If anyone could truthfully answer the question — are humans *currently* being "biochipped"? — it would certainly be Donald G. Small, of Hughes Identification Devices. Hughes Identification Devices is one of the pioneers and largest suppliers of biochip implants.
"We are not part of a military program to implant tags in humans. In fact, we are not part of any program to implant tags in humans, but a glass encapsulated animal tag only begs the question of the definition of what type of animal, and if that definition is a 'mammal,' certainly it would include man. **Are there humans running around somewhere on the globe with tags — RFID tags — implanted in them? Yes! Absolutely, conclusively so."**
(Mark of the New World Order video, Virtue Productions)

Listen to it

The first "verified" human receiving a biochip is the highly publicized Kevin Warwick, professor of Cybernetics at the University of Readings in the UK. Warwick received a biochip in his arm that enabled doors to open, turn on-off lights, basically a high-tech-cyber-remote-control. Warwick told ABC's Good Morning America (August 30, 1998), "People have been looking at the possibility of humans and silicon chips coming together for some time. And it seemed about time to actually have a go at it."

## Would you consider having microchips implanted in your body?

Are people ready to "receive" a biochip? Is the world "tuned" to "receive" a biochip?

When the Social Security program was enacted in 1935, the public was skeptical. Most people, at first, refused to be "numbered". Less than 40 years ago, something as "seemingly innocent" as receiving a social security number was met with hesitance and alarm.

What a difference, a "quick" 40 years of credit cards, smart cards, satellitles, computers and the "information revolution" makes!

**Is the public "ripe" for a biochip?**

Ann Cavoukian and Don Tapscott, writes in their excellant book, Who Knows: Safeguarding Your Privacy in a Networked World:

Such a microchip [biochip implant] may strike some of you as a gimmick, **but two doctors in the United States recently had a microchip containing their respective medical histories implanted in their bodies, as part of a trial.** House pets in Europe and North America are routinely implanted with microchips that identify their owners. When a group of internationally renowned privacy experts met to discuss the privacy implications of the information highway, they expressed concern that **'these tracking systems will be adapted to humans. The conversion would not be difficult'.** Among the many who shared this view was Simon Davies, the director general of Privacy International, who was dismayed that a number of professionals he had spoken to **would not object to such a tracking system. . .** (Ann Cavoukian and Don Tapscott, Who Knows: Safeguarding Your Privacy in a Networked World, pp. 83-84)

Linda LeSabre, singer of the rock group Death Ride 69, says:

"I love technology, and to me it's not moving fast enough. I think it would kick a__ **to have all the things like implants** and upgrades because the human body is okay, but it certainly doesn't have the incredible hyper-capabilities that we could really use." (Alternative Press)
The rock group, Iron Maiden sings in their song "The Number of the Beast" — "666, the number of the beast, **666, the one for your and me**". Shirts such as "666 Volunteer", "666", and "Route 666" are being worn by "eager and ready" young people. For more info see "Rock Music and 666".

Craig Dees, in the World & I, says:

**Today's implantable microchip devices used for identifying animals are the precursors** of devices that may monitor, report on, and even regulate a spectrum of conditions in the bodies of animals and humans. . .

**Implantable microchip devices offer many exciting possibilities** in the fields of medicine and scientific research, as well as for general use involving, for example, credit card numbers or passport identification. . .

**I can see in the near future putting my hand over a grocery store sensor that reads my credit chip** and automatically debits my account for the purchase. Considering the burdensome number of cards, identifications, and licenses I carry now, **I would have no problem with placing my Social Security number, credit access, passport, and driver's license on a microchip implanted in me.**
(Craig Dees, "Watching From Inside", The World & I, Feb. 01, 1998, p. 150)

Paul Somerson writes in PC Computing:
"How'd you like to avoid waiting in lines for the rest of your life? Breeze through everywhere like you owned the place. Watch lights snap on, doors open automatically, money pop out of ATMs as you approach. Never have to show an ID, buy a ticket, carry keys, remember a password. You'd leave stores loaded with packages and waltz right past the cashiers. You wouldn't have to carry a wallet. Ever. Family and friends could find you instantly in any crowd. **There's only one catch— you'd need to have a tiny little chip implanted in your body. No big deal. . .**
(Paul Somerson, "Inside Job", PC Computing, Oct. 1999, p. 87)

*Adline A. Weaver*

A very informative "Mark of the Beast" "spoof" was recently staged on the Internet by Bill Cross.

Bill wanted to try his hand at setting up a website. Bill decided for his first project, "a spoof website of a company peddling the mark of the beast". So Global Monetary was created with the advertising "Become an ID chip member and Receive $250!". Not wanting to cause real panic, Bill admittedly laced the site, "with enough clues so that anyone who scrutinized it would know it wasn't for real and would therefor not panic." Bill was surprized, "On the first full day of operation the site had more that 4,200 distinct user sessions averaging 6 minutes each". Emails began pouring in from hysterical Christians, privacy enthusiasts, the media world requesting interviews, and many who recognized it was simply a "joke".

Realizing things were getting "out of hand", after just four days, Bill "pulled the plug" on Global Monetary.

Bill also made this "alarming" statement, **"I realized that I was getting another kind of visitor to the site: People who actually wanted to receive the mark of the beast just to get in on the IPO. I was totally blind-sided by that. I never expected that to happen. . ."**

CNN conducted a poll on Jan. 14, 1999, and asked the question: **"Would you consider having microchips implanted in your body?"**

Here's the "surprizing" results of the CNN Poll:

## CNN POLL conducted Jan. 14, 1999

| Would you consider having microchips implanted in your body? | | |
|---|---|---|
| Yes | 47% | 4663 votes |
| No | 53% | 5329 votes |
| | | Total: 9992 votes |

What's really amazing. . . So many are willing to "receive" what they "believe" to be the mark of the beast and, **according to the Word of God, whoever receives the mark of the beast "shall drink of the wine of the wrath of God, and be tormented with fire and brimstone for ever and ever!**

And the third angel followed them, saying with a loud voice, If any man worship the beast and his image, and receive his mark in his forehead, or in his hand,
The same **shall drink of the wine of the wrath of God**, which is poured out without mixture into the cup of his indignation; and **he shall be tormented with fire and brimstone** in the presence of the holy angels, and in the presence of the Lamb:
And the smoke of their torment ascendeth up **for ever and ever**: and they have no rest day nor night, who worship the beast and his image, and whosoever **receiveth the MARK** of his name.
Revelation 14:9-11
What a mockery and ridicule of a Holy God!

It's bad now — can you imagine what the tribulation will be like? When the "salt of the earth" — the Christians will be removed! When the Antichrist will dazzle the world with his "signs and wonders", prosperity, peace — the world will be "jumping with joy" in anticipation to worship the Beast and receive "his mark"!

*Salina A. Weaver*

God help you, if you're reading this and have not received the Lord Jesus Christ as your personal Saviour. All these incredible technologies and events are not just happening — they're EXACTLY as the Lord said!

**Are there plans to biochip humans?**

**Yes. . .**