**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SALINS ACOSTA WEAVER,

              Plaintiff,

vs.

GRADY HEALTH SYSTEMS,

              Defendant.

CIVIL ACTION FILE

NO.  1:11-cv-0509-TCB

**J U D G M E N T**

This action having come before the court, the Honorable Timothy C. Batten, Sr.,

United States Distict Judge, for consideration of the magistrate judge's report and

recommendation, and the court having adopted said recommendation, it is

**Ordered and Adjudged** that the action be **dismissed without prejudice**  as

frivolous.

Dated at Atlanta, Georgia this 14th day of March, 2011.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Amy Cash McConochie
           Deputy Clerk

Prepared & Filed
In the Clerk's Office
   March 14, 2011
James N. Hatten
Clerk of Court

By: s/ Amy Cash McConochie
       Deputy Clerk